Francis T. Hatlee, Respondent, v. William C. Van Veghten, Appellant. — Judgment unanimously affirmed, with costs.

Dominika Lulkovitz, Respondent, v. Solomon Joffe, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of Margaret Nolan for Compensation for the Death of William Nolan, under the Workmen's Compensation Law, Claimant, Respondent, v. Cranford Company, Employer, and Employers' Mutual Insurance Company of New York, Insurer, Appellants.— Motion granted.

In the Matter of the Claim of Lizzie Leslie, Respondent, etc., v. O'Connor & Richman, Inc., Employer, and The United States Fidelity and Guaranty Company, Insurance Carrier, Appellants. — Award unanimously affirmed.

In the Matter of the Claim of Guiseppa Di Paolo, Widow, and Others, Respondents, etc., v. Thomas Crimmins Contracting Company, Employer, and The Employers' Mutual Insurance Company of New York, Insurance Carrier, Appellants.— Award affirmed.    All concurred, except Lyon, J., who dissented.

In the Matter of the Claim of Michael Kanzar, Respondent, for Compensation, etc., v. Acorn Manufacturing Company, Employer, and Ætna Life Insurance Company, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Kellogg, P. J., and Lyon, J., who dissented.

In the Matter of the Claim of Mary Kolb, Appellant, for Compensation, etc., v. Borden's Condensed Milk Company (Self-insured), Employer, Respondent.— Determination unanimously affirmed.

In the Matter of the Final Judicial Settlement of the Accounts of Frank R. Sherman, as Temporary Administrator, etc., of William S. Deyoe, Deceased.    Frank R. Sherman, as Temporary Administrator, etc., Appellant, v. Maude Vandenburgh, Administratrix with the Will Annexed of William S. Deyoe, Deceased, Respondent.— Decree unanimously affirmed, without costs.

Fred W. Odwell and George B. Odwell, Appellants, v. Arthur B. Martin, Respondent.— Order unanimously affirmed, with costs.

Alfred J. Paul and Charles W. Finlay, Comprising the Copartnership Firm of A. Paul & Company, Respondents, v. Michael J. Kennedy, Appellant.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. John M. Phillips, Relator, v. Andrew D. Morgan and Others, Composing the State Hospital Commission, Respondents.— Determination confirmed, with fifty dollars costs and disbursements.    All concurred, except Howard and Woodward, JJ., who dissented.

The People of the State of New York, Respondent, v. Benjamin Kudon, Appellant.— Appeal dismissed.

Paul C. Rider, an Infant, by Chester G. Rider, His Guardian ad Litem, Respondent, v. Waverly, Sayre and Athens Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs.